IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


KAREN SHIPLEY                                                                    PLAINTIFF


     v.                                         CIVIL NO. 04-3041


JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                   DEFENDANT

## O R D E R

On this 19th  day of April, 2006, the Court has before it for consideration plaintiff's

request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C.

§2412.  For reasons set forth in the report and recommendation filed by the Honorable Beverly

Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on March 28,

2006, the Court finds that the Magistrate Judge's recommendations should be adopted *in toto* and

hereby awards plaintiff attorney's fees in the amount of $1,476.52, representing 9.10 hours of

work at a rate of $140.00 per hour and $202.52 in expenses. This amount shall be paid in

addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

    IT IS SO ORDERED.


                                  **/s/ Jimm Larry Hendren**
                                  JIMM LARRY HENDREN
                                  UNITED STATES DISTRICT JUDGE